IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01189-EWN-BNB

CHARLES C. SNYDER,

Plaintiff,

v.

MARGARET E. HANLON,

Defendant.
_____

## ORDER
_____

This matter is before me on **Defendant Hanlon's Motion In Limine to Exclude Expert Testimony If Offered by the Plaintiff** (the "Motion In Limine"), filed January 3, 2006. The Motion In Limine is DENIED.

Local rule of practice 7.1A, D.C.COLO.LCivR, provides:

> The court will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good faith efforts to confer with opposing counsel or a *pro se* party to resolve the disputed matter. The moving party shall state in the motion, or in a certificate attached to the motion, the specific efforts to comply with this rule.

I have addressed the need to comply with Rule 7.1A in <u>Hoelzel v. First Select Corp.</u>, 214 F.R.D. 634, 635-36 (D. Colo. 2003). The Motion In Limine fails to meet the requirements of Rule 7.1A and <u>Hoelzel</u>.

IT IS ORDERED that the Motion In Limine is DENIED.

Dated January 5, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge