IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01189-EWN-BNB

CHARLES C. SNYDER,

Plaintiff,

v.

MARGARET E. HANLON,

Defendant.

_____

**ORDER**
_____

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **January 23, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated January 9, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

1